# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| KEVIN RIDEOUT, | |
|---|---|
| Plaintiff, | |
| vs. | 2:16-cv-02817-RFB-VCF |
| CASHCALL, INC., | **ORDER** |
| Defendant. | |

Before the Court is the Response to Discovery Plan and Proposed Scheduling Order (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that a status hearing on the Response to Discovery Plan and Proposed Scheduling Order (ECF No. 27) is scheduled for 11:00 AM, November 6, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that discovery is stayed until further order of the court.

DATED this 30th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE