David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RIDEOUT, <br><br> Plaintiff, <br><br> vs. <br><br> CASHCALL, INC., <br><br> Defendant. | 2:16-CV-02817-RFB-(VCF) <br><br> *Stipulation and Order for Extension of Time to File Response to the Complaint, Lifting Stay of Discovery, and Vacating Status Check* |

The plaintiff, Kevin Rideout, and the defendant, CashCall, Inc., stipulate as follows:

1.  On December 7, 2016, Rideout filed his complaint. (ECF No. 1).

2.  On February 3, 2017, CashCall filed a Motion to Dismiss or, in the Alternative, Motion for Stay and to Compel Arbitration (ECF No. 6).

3.  On February 14, 2017, the Court entered an order staying discovery pending a ruling on CashCall's motion to dismiss. (ECF No. 10).

4.  On September 27, 2017, the Court entered a minute order noting that it would deny the motion to dismiss and would issue a written order at a later date. (ECF No. 23).

5.  On November 6, 2017, the Court conducted a status check, at which time the Court kept the stay of discovery in place pending a written order on the motion to dismiss. (ECF No. 29). In addition, the Court set a status check for April 9, 2018 at 10:00 a.m. (ECF No. 29).

6.  On March 8, 2018, the Court entered an order denying the motion to dismiss. (ECF No. 30).

7. Following the issuance of the order denying the motion, the parties began discussing a settlement.

8. On April 6, the parties will file their stipulated discovery plan and scheduling order.

9. Accordingly, the parties stipulate to the following:

   a. That CashCall shall have up to and including April 19, 2018 to file an answer to the complaint;

   b. That the Court may lift the previously ordered stay of discovery; and

   c. That the Court may vacate the status check scheduled for April 9, 2018 at 10:00 a.m.

Dated this 5th day of April 2018.

| David J. Merrill, P.C. | Haines & Krieger, LLC |
|---|---|
| By: */s/ David J. Merrill*<br>David J. Merrill<br>Nevada Bar No. 6060<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorney for Defendant | By: */s/ Rachel B. Saturn*<br>Rachel B. Saturn<br>8985 South Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-6-2018