David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN RIDEOUT,

Plaintiff,

vs.

CASHCALL, INC.,

Defendant.

2:16-CV-02817-RFB-(VCF)

*Stipulation and Order for Extension of Discovery Deadlines*

*(First Request)*

In accordance with LR 26-4, the plaintiff, Kevin Rideout, and the defendant, CashCall, Inc., stipulate as follows:

**Statement of discovery completed**

1. On April 6, 2018, Rideout served CashCall with Plaintiff's Interrogatories, Request for Admissions, and Requests for Production of Documents.

2. On May 17, 2018, Rideout served Plaintiff's Initial Disclosures.

3. On May 23, 2018, CashCall served its Initial Disclosures.

4. On June 15, 2018, CashCall served its Answers to Requests for Admission.

5. On June 15, 2018, CashCall served its Amended Answers to Requests for Admission.

6. On June 20, 2018, CashCall served its Answers to Interrogatories.

1

7. On June 20, 2018, CashCall served its Responses to Requests for Production of Documents.

8. On June 21, 2018, Rideout served Plaintiff's Notice of Taking Deposition of Person Most Knowledgeable by Stenographer and/or Videotape.

9. On June 26, 2018, the parties filed a Stipulated Protective Order (ECF No. 37).

**Statement of discovery that remains to be completed**

Rideout intends to take the deposition of the person most knowledgeable of CashCall and have an expert witness issue an expert report. CashCall intends to take Rideout's deposition and issue written discovery to Rideout. In addition, CashCall may identify a rebuttal expert.

**The reasons why discovery was not completed within the time limit set by the discovery plan**

In May 2018, counsel for CashCall (who is a solo practitioner) suffered two deaths in his family. He also celebrated three graduations of three of his children. CashCall's counsel also filed three substantial briefs (appellate, summary judgment, and preliminary injunction) in three different cases in May. The combination of these events delayed counsel's ability to push discovery in this case. Given these events, Rideout's counsel graciously granted extensions of time to respond to discovery. Although Rideout noticed the deposition of CashCall's person most knowledgeable for July 27 (before the expert disclosure deadline), Rideout has agreed to continue the deposition to accommodate CashCall's counsel. But Rideout needs to take the deposition of CashCall's person most knowledgeable before it can complete its expert disclosures.

**A proposed schedule for completing all discovery**

The parties are requesting a 60-day extension of the unexpired discovery deadlines. Hence the parties stipulate to the following deadlines:

1. Discovery cut-off: December 4, 2018.
2. Deadline for initial expert disclosures: October 4, 2018.
3. Deadline for rebuttal expert disclosures: November 5, 2018.
4. Deadline to file dispositive motions: January 4, 2019.
5. Deadline to file interim status report: October 4, 2018.
6. Deadline to file pretrial order: February 4, 2019. If a party files a dispositive motion, the date for filing the pretrial order shall be suspended until 30 days after the decision on the dispositive motion or further order of the Court.

Dated this 24th day of July 2018.

David J. Merrill, P.C.

By: */s/ David J. Merrill*
David J. Merrill
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935
Attorney for Defendant

Haines & Krieger, LLC

By: */s/ David H. Krieger*
David H. Krieger
Nevada Bar No. 9086
8985 South Eastern Avenue,
Suite 350
Henderson, Nevada 89123
(702) 880-5554
Attorneys for Plaintiff

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: 7/25/18