# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KEVIN RIDEOUT,<br><br>        Plaintiff,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>        Defendant. | 2:16-cv-02817-RFB-VCF<br>**ORDER** |

Before the Court is CashCall, Inc.'s Motion for Protective Order (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that any opposition to CashCall, Inc.'s Motion for Protective Order (ECF No. 41) must be filed on or before September 4, 2018. Any reply in support of CashCall, Inc.'s Motion for Protective Order (ECF No. 41) must be filed on or before September 11, 2018.

IT IS FURTHER ORDERED that a hearing on CashCall, Inc.'s Motion for Protective Order (ECF No. 41) is scheduled for 10:00 AM, September 14, 2018, in Courtroom 3D.

DATED this 27th day of August, 2018.

                                                            CAM FERENBACH<br>
                                                            UNITED STATES MAGISTRATE JUDGE