# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KEVIN RIDEOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>    Defendant. | 2:16-cv-02817-RFB-VCF<br><br>**ORDER** |

  Before the Court is the Notice of Settlement between Kevin Rideout and Cashcall, Inc. (ECF No. 43).

  Accordingly,

  IT IS HEREBY ORDERED that the August 28, 2018 Order (ECF No. 42) is VACATED.

  IT IS FURTHER ORDERED that the hearing on CashCall, Inc.'s Motion for Protective Order (ECF No. 41) scheduled for 10:00 AM, September 14, 2018, is VACATED.

  IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before October 29, 2018.

  DATED this 31st day of August, 2018.

                       _____
                       CAM FERENBACH
                       UNITED STATES MAGISTRATE JUDGE